FILED

MAR 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LEIVA, <br><br> Plaintiff, <br><br> v. <br><br> W. JACKSON, , <br><br> Defendant. | Case No. 1:16-cv-00167-LJO-EPG (PC) <br><br> NOTICE AND ORDER THAT PLAINTIFF ANDRE LEIVA, CDCR # AW-0714, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED <br><br> (ECF No. 35) |

A settlement conference in this matter commended on March 30, 2018 and was completed on the same date.

Accordingly, **Andre Leiva, CDCR #AW-0714**, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

Date: 3/30/18

_____
UNITED STATES MAGISTRATE JUDGE
MICHAEL J. SENG